IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                    Case No. 6:20-cr-60035

DAVID FREEMAN                                                          DEFENDANT

## ORDER

Before the Court is Defendant David Freeman's Motion for Early Termination of Supervised Release.  ECF No. 2.

On December 15, 2011, Defendant, facing prosecution in the Eastern District of Arkansas, was sentenced to seventy-eight (78) months of imprisonment and ten (10) years of supervised release for Possession of Child Pornography in violation of 18 U.S.C. § 2252(a)(4)(B).  ECF No. 1-3.  Defendant was released from confinement within the Bureau of Prison (BOP) on August 16, 2016, and began his term of supervised release in the Eastern District of Arkansas.  Supervision of this case was transferred to the Western District of Arkansas on March 28, 2017, and jurisdiction over this case was received from the Eastern District of Arkansas on November 9, 2020.  ECF No. 1.

In the instant motion, Defendant seeks to have the Court end his term of supervised release. Defendant cites his adherence to all terms of his release, his steady employment since release, and his stable family and housing situation as justifications for termination of supervision.  Defendant has served approximately eighty-four (84) months of his (120) month term of supervised release.

The United States Probation Office ("USPO") provided the Court with its assessment of Defendant's request.  The USPO notes that Defendant has maintained full time employment since release from federal custody, has fully complied with all terms of his release, and has complied with all the required treatment and release conditions specific to sex offenders.  The USPO further notes that Defendant has submitted to multiple polygraph examinations without issue.  The USPO concludes that Defendant meets the statutory requirements for release and finds that his level of compliance with

the terms of his release indicates that he does not present a threat to the community. Therefore, the USPO does not oppose early termination of Defendant's supervised release.

The Government responded in opposition to Defendant's request for termination of supervision. ECF No. 4. The Government argues that compliance with the terms of release should not be considered exceptional and that Defendant has presented no compelling justification for early termination. The Government notes that Defendant's sentence was crafted to match the severity of his crime and to protect the public. The Government also emphasizes that Defendant's status as a sex-offender weighs heavily against early termination because of his higher potential threat to the community if the current restrictions are lifted.

A district court may terminate supervised release "if it is satisfied that such action is warranted by conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In making its determination, the Court must consider factors set forth under 18 U.S.C. § 3553(a), to the extent they are applicable. *See id*. Section 3553(a) factors include, among others, the nature and circumstances of the offense, the history and characteristics of the defendant, the need to protect the public from further crimes of a defendant, and the need to provide the defendant with correctional treatment in the most efficient manner.

After consideration of the above-referenced factors, the Court finds that the instant motion (ECF No. 2) should be and hereby is **GRANTED**. The Court's decision is based upon Defendant's good conduct and productive lifestyle since release, his approximately seven years of complete adherence to the terms of his supervised release, and the interests of justice. Accordingly, Defendant David Freeman's term of supervised release is hereby **terminated**.

**IT IS SO ORDERED**, this 29th day of September, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge